

# Court of Appeals

**BRIAN QUINN**
Chief Justice

**JAMES T. CAMPBELL**
Justice

**MACKEY K. HANCOCK**
Justice

**PATRICK A. PIRTLE**
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

**VIVIAN LONG**
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

September 1, 2015

Dina Wall
Official Court Reporter
47th District Court
501 S. Fillmore, Suite 3A
Amarillo, TX 79101-2449
* DELIVERED VIA E-MAIL *

**RE:**   Case Numbers:  07-15-00246-CR, 07-15-00286-CR
Trial Court Case Number: 17,917-A

**Style:** Ricky Dan Allee v. The State of Texas

Dear Ms. Wall:

The reporter's record in the captioned appeals was due to be filed no later than Monday, August 24, 2015.  As of this date the record has not been filed.  The Court directs the court reporter to advise the Court of the status of the reporter's record on or before **Friday, September 11, 2015**.  If needed, forms for requesting an extension of time and disclosing the status of the record are available on the Court's website at http://www.txcourts.gov/7thcoa.aspx or contact the clerk's office for assistance.  *See* TEX. R. APP. P. 13.4 and 35.3(b).

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:   Honorable Dan L. Schaap (DELIVERED VIA E-MAIL)
James A. Farren (DELIVERED VIA E-MAIL)
William R. McKinney (DELIVERED VIA E-MAIL)